ISABEL SOJO DE MALGOR, Appellant, v. REGISTRAR OF SAN JUAN, Respondent.

No. 643. Submitted June 10, 1926.—Decided July 21, 1926.

*Angel R. de Jesús* for the appellant. The registrar appeared by brief.

MR. JUSTICE WOLF delivered the opinion of the court.

A wife appeared to be acquiring property without the appearance of her husband and the registrar of property recorded the deed with a curable defect. We have twice decided that a woman may acquire property in this way. *Giménez* v. *The Registrar*, 21 P.R.R. 314, 318; *Peraza* v. *The Registrar of Arecibo*, 30 P.R.R. 496. The registrar draws our attention to the fact that this court held otherwise in the case of *Longpré* v. *Registrar of San Juan*, 24 P.R.R. 835. Nevertheless, our decision in the subsequent case of *Peraza, supra,* was unmistakable. When there is a conflict, apparent

786

or real, between two decisions of this court the latter must prevail.

The whole court was consciously and completely convinced that a wife may buy property in her own name although of course the property acquired presumptively belongs to the matrimonial society.

The note must be reversed and the record made without the curable defect.